# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. CR-11-042-RAW |
| ) | |
| **DEMETRIUS J. STANCIEL,** ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Shannon Henson, and dismisses without prejudice Count Two of the Indictment, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, defendant has entered a plea of guilty to an Count One charging him with a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Count Three charging him with a violation of Title 18, United States Code, Section 922(g)(1).

        MARK F. GREEN
        United States Attorney

        s/Shannon Henson
        SHANNON HENSON, OBA # 15905
        Assistant United States Attorney
        1200 West Okmulgee
        Muskogee, OK   74401
        Telephone: (918) 684-5100
        FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:
Dated: June 13, 2012

_____
RONALD A. WHITE
United States District Court Judge